UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CRISTINA RIOS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CAUSE NO. 3:04-CV-276RM |
| ) | |
| ) | |
| INDIANA UNIVERSITY, d/b/a ) | |
| Indiana University South Bend, and ] | |
| GWENDOLYN W. METTETAL ] | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

The defendants reportedly have served discovery requests on two third parties, Florida State University and Lamar University, asking for production of documents related to the plaintiff's prospective employment at both institutions. Cristina Rios filed a motion asking the court to declare these discovery requests inoperative. Then, after learning the requests were accompanied by subpoenas, Ms. Rios moved to quash. The motion to quash effectively replaces Ms. Rios's earlier motion, so her motion to declare the third-party discovery requests inoperative [docket no. 44] is DENIED AS MOOT. In order that the court may resolve this issue expeditiously, the defendants' response to Ms. Rios's motion to quash shall be due not later than August 1, 2005.

SO ORDERED.

1

ENTERED:  July 25, 2005

/s/ Robert L. Miller, Jr.
Chief Judge,
United States District Court